# Court of Appeals
# of the State of Georgia

ATLANTA, September 18, 2012

*The Court of Appeals hereby passes the following order*

**A13D0024. IN THE INTEREST OF: T. L. D., S. P. R., R. E. R., R. S. R., CHILDREN (MOTHER) .**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of Juvenile Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC NUMBERS:

1200256 1200257 1200258 1200259 1200164 1200165 1200166 1200167



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, September 18, 2012.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*